LYDIA CICERO et al., Respondents, v GREAT AMERICAN INSURANCE COMPANY et al., Appellants.

Submitted December 1, 2008; decided January 20, 2009

Motion, insofar as it seeks leave to appeal from the Appellate Division order affirming the Supreme Court order denying the motion to amend the answer, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.